UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 1, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BENJAMIN PATRICK MARTINEZ, ) <br> ) <br> _____ ) <br> Defendant. | Case No. 2:14-cr-00093-KJM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, BENJAMIN PATRICK MARTINEZ, Case No. 2:14-cr-00093-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00

    _X_   Cosigned Unsecured Appearance Bond

    _X_   Secured Appearance Bond (All available equity in subject property)

    _X_   (Other) Conditions as stated on the record.

    _X_   (Other) Third party custody.

    _X_   (Other) Defendant to be released on 4/2/2014 at 9:00am to the Pretrial Services Officer.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 04/01/2014 at 2:55 pm

By _____
Edmund F. Brennan
United States Magistrate Judge