Shari Rusk, Bar No. 170313
Attorney at Law
Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>  vs.<br><br>Benjamin Martinez,<br><br>       Defendant. | Case No.: CR.S. 14-093 KJM<br><br>STIPULATION AND ORDER TO AMEND<br>CONDITIONS OF PRE-TRIAL RELEASE<br><br>Court:  Hon. Dale A. Drozd |

    Defendant, Benjamin Martinez, by and through his undersigned counsel and the Assistant United States Attorney, Jill Thomas stipulate that Mr. Martinez's conditions of pre-trial release be amended in accordance with Pre-trial services recommendation that condition 16 be added as follows:

CURFEW: You are restricted to your residence every day from 7:00 p.m. to 5:00 a.m., or as adjusted by the pre-trial services officer for medical, religious services, employment or court ordered obligations.

The parties request that condition 16 be included with the court's previous pre-trial release conditions.

Dated: July 31, 2014,        Respectfully submitted,


                                ___/s/ SHARI RUSK___
                                Shari Rusk
                                Attorney for Benjamin Martinez

```
                                    /s/ Jill Thomas
                                    Jill Thomas
                                    Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated:  August 4, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Martinez0093.stipo.amd.cor