Shari Rusk, Bar No. 170313
Attorney at Law
Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: CR.S. 14-093 KJM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO MODIFY<br>) CONDITIONS OF PRE-TRIAL RELEASE |
| vs. | ) Court:  Hon. Allison Claire |
| Benjamin Martinez, | ) |
| Defendant. | ) |

    Defendant, Benjamin Martinez, by and through his undersigned Counsel, and the Assistant United States Attorney, Jill Thomas, with the approval of pre-trial services, request that in light of Mr. Martinez's successful compliance on electronic monitoring, that condition is no longer needed and should be removed.  Further, Mr. Martinez has completed and graduated from his Moral Reconation Therapy Program, thus that condition has been satisfied.   All other conditions will remain in full force and effect.  Please see the attached "Second Amended Special Conditions of Release".

Dated: September 29, 2014,          Respectfully submitted,


                                         __/s/ SHARI RUSK___
                                         Shari Rusk
                                         Attorney for Benjamin Martinez

-1-

```
                                    /s/ Jill Thomas
                                    Jill Thomas
                                    Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.

DATED: October 2, 2014

_[signature]_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE