UNITED STATES DISTRICT COURT

**FILED**

EASTERN DISTRICT OF CALIFORNIA    MAR 16 2020


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By 
    DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-00093-KJM |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| BENJAMIN PATRICK MARTINEZ, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release BENJAMIN PATRICK MARTINEZ;

Case No. 2:14-cr-00093-KJM, from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

_X_ (Other): Time Served

Issued at Sacramento, California on ___10:05 am___, at ___3/16/20___.

_____
Kimberly J. Mueller
Chief United States District Judge